# OSBORN LAW P.C.

Daniel A. Osborn, Esq.                                    dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.                                    ltrust@osbornlawpc.com

Application GRANTED.

SO ORDERED.
Dated: March 25, 2026                    March 24, 2026

*[signature]*

**VIA ECF**

Honorable Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:     *Gonzalez v. Commissioner of Social Security,*
>         Civil Action 1:25-cv-10688-SDA

Dear Judge Aaron,

We write on behalf of plaintiff, Santiago Gonzalez, and with the consent of the defendant, to request a 90-day extension of time to file plaintiff's motion for judgment on the pleadings, which is currently due on April 1, 2026 per the Court's Standing Scheduling Order. This is the parties' first request for an extension of time. The Plaintiff requests this extension due to having eleven briefs due next week, overlapping deadlines in the following weeks, a religious holiday, and a scheduled vacation.

Subject to the approval of the Court, the amended briefing schedule would be as follows:

1. Plaintiff to file his motion for judgment on the pleadings on or before **June 30, 2026**;

2. Defendant to file its response/cross-motion on or before **September 1, 2026**; and

3. Plaintiff to file his reply (if any) on or before **September 15, 2026.**

43 West 43rd Street, Suite 131          Telephone 212-725-9800          osbornlawpc.com
New York, New York 10036                Facsimile  212-500-5115          info@osbornlawpc.com

Honorable Stewart D. Aaron
March 24, 2026
Page 2

Thank you for your consideration of this request.

Respectfully submitted,

s/Lindsay M. Trust
Lindsay M. Trust
OSBORN LAW, P.C.
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone:     212-725-9800
Facsimile:      212-500-5115
ltrust@osbornlawpc.com

cc: Candace Brown Casey, Esq. (by ECF)