**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

Santiago G.,

Plaintiff,

-against-

Commissioner of Social Security,

Defendant.

---------------------------------------------------------------X

25 **CIVIL** 10688 (SDA)

# <u>JUDGMENT</u>

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 5, 2026, Plaintiff's motion (ECF No. 13) is GRANTED, the decision of the Commissioner is reversed, and this action is remanded for further proceedings pursuant to sentence four of § 405(g); accordingly, the case is closed.

**Dated:** New York, New York

November 9, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**